# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ILLINOIS PAINTING & DECORATING, INC | § | Case No. 07-24244 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 26, 2007. The undersigned trustee was appointed on December 26, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      40,073.34

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 702.31 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 39,371.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/23/2009 and the deadline for filing governmental claims was 07/19/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,757.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $4,757.33, for a total compensation of $4,757.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/25/2011     By:/s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-24244  
**Case Name:** ILLINOIS PAINTING & DECORATING, INC  

**Period Ending:** 01/25/11

**Trustee:** (330470)   RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/26/07 (f)  
**§341(a) Meeting Date:** 01/23/08  
**Claims Bar Date:** 02/23/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Itasca Bank and Trust checking #103201001 | 3,856.77 | 3,856.77 | DA | 3,820.05 | FA |
| 2 | security deposit with landlord | 2,600.00 | 2,600.00 | DA | 0.00 | FA |
| 3 | one small refrigerator | 75.00 | 75.00 | DA | 0.00 | FA |
| 4 | miscellaneous small hand tools (1 grinder, 1 dri | 90.00 | 90.00 | DA | 0.00 | FA |
| 5 | 1 desk | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | one drop cloth/runners | 225.00 | 225.00 | DA | 0.00 | FA |
| 7 | miscellaneous accounts receivable | 62,139.03 | 62,139.03 | DA | 33,292.90 | FA |
| 8 | Claim against VCI Construction | 7,700.00 | 7,700.00 | DA | 0.00 | FA |
| 9 | Claim against Interiors, Etc. and National Const | 27,000.00 | 27,000.00 | DA | 0.00 | FA |
| 10 | Judgment against Frank Policicchio | 9,600.00 | 9,600.00 | DA | 0.00 | FA |
| 11 | 1 small table, 4 file cabinets, 2 computers, 1 f | 1,325.00 | 1,325.00 | DA | 0.00 | FA |
| 12 | 2 Bakers | 400.00 | 400.00 | DA | 0.00 | FA |
| 13 | 5 ladders | 255.00 | 255.00 | DA | 0.00 | FA |
| 14 | 3 roll and folds | 300.00 | 300.00 | DA | 0.00 | FA |
| 15 | 2 pumps - small | 800.00 | 800.00 | DA | 0.00 | FA |
| 16 | 1 drywall cart | 300.00 | 300.00 | DA | 0.00 | FA |
| 17 | ComEd Refund | 0.00 | 0.00 | DA | 648.35 | FA |
| 18 | James Hunt Construction Co. (u) | Unknown | N/A | DA | 510.00 | FA |
| 19 | Riis Borg Construction Co. (u) | 0.00 | 0.00 | DA | 1,243.00 | FA |
| 20 | TAX REFUNDS (u) | 0.00 | 0.00 | DA | 1.29 | FA |
| 21 | State of Illinois - Dept. of Employment Security (u) | Unknown | Unknown | DA | 498.51 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 59.24 | Unknown |
| 22 | **Assets    Totals (Excluding unknown values)** | **$116,765.80** | **$116,765.80** | | **$40,073.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

Major Activity Affecting Case Closing

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-24244  
**Case Name:** ILLINOIS PAINTING & DECORATING, INC  
**Period Ending:** 01/25/11

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/26/07 (f)  
**§341(a) Meeting Date:** 01/23/08  
**Claims Bar Date:** 02/23/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2009  
**Current Projected Date Of Final Report (TFR):** December 31, 2010

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-24244 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ILLINOIS PAINTING & DECORATING, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | **-***9934 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/10/08 | {7} | CarMax, Inc. #7146 | | 1121-000 | 224.90 | | 224.90 |
| 01/10/08 | {7} | Reed Illinois Corporation | | 1121-000 | 4,365.00 | | 4,589.90 |
| 01/10/08 | {7} | Reed Illinois Corporation | | 1121-000 | 7,750.00 | | 12,339.90 |
| 01/10/08 | {20} | United States Treasury | | 1224-000 | 1.29 | | 12,341.19 |
| 01/10/08 | {21} | State of Illinois - Department of Employment Security | | 1224-000 | 498.51 | | 12,839.70 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.21 | | 12,842.91 |
| 02/08/08 | {7} | Reed Illinois Corporation | Receivables | 1121-000 | 18,988.00 | | 31,830.91 |
| 02/08/08 | {17} | Commonwealth Edison Company | | 1129-000 | 648.35 | | 32,479.26 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.27 | | 32,483.53 |
| 03/06/08 | {1} | Itasca Bank & Trust Co. | Cashier's Check | 1129-000 | 3,820.05 | | 36,303.58 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.50 | | 36,310.08 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.06 | | 36,315.14 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.54 | | 36,319.68 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.61 | | 36,324.29 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.61 | | 36,328.90 |
| 08/13/08 | {18} | James Hunt | | 1223-000 | 510.00 | | 36,838.90 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.35 | | 36,843.25 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.83 | | 36,848.08 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.01 | | 36,852.09 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.89 | | 36,854.98 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.61 | | 36,857.59 |
| 01/28/09 | {19} | Riis Borg Construction Co. | Final Payment | 1221-000 | 1,075.00 | | 37,932.59 |
| 01/28/09 | {19} | Riis Borg Construction Co. | Final Payment | 1221-000 | 168.00 | | 38,100.59 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 38,102.09 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.45 | | 38,103.54 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 38,105.19 |
| 04/20/09 | 1001 | International Sureties, Ltd. | Bond #016026455 | 2300-000 | | 30.71 | 38,074.48 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.55 | | 38,076.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.50 | | 38,077.53 |
| 05/29/09 | | To Account #*********0466 | Transfer from MMA to DDA | 9999-000 | | 38,076.03 | 1.50 |
| 06/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.10 | | 1.60 |
| 06/12/09 | | To Account #*********0466 | Transfer funds from MMA to DDA | 9999-000 | | 1.60 | 0.00 |

Subtotals :    $38,108.34    $38,108.34

{} Asset reference(s)    Printed: 01/25/2011 09:45 AM    V.12.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-24244 | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|
| Case Name: | ILLINOIS PAINTING & DECORATING, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | **-***9934 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 38,108.34 | 38,108.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 38,077.63 | |
| | | | **Subtotal** | | 38,108.34 | 30.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$38,108.34** | **$30.71** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-24244 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ILLINOIS PAINTING & DECORATING, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | **-***9934 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/09 | | From Account #********0465 | Transfer from MMA to DDA | 9999-000 | 38,076.03 | | 38,076.03 |
| 06/12/09 | {7} | JLJ Contracting, Inc. | Retention Previously Held | 1129-000 | 1,965.00 | | 40,041.03 |
| 06/12/09 | | From Account #********0465 | Transfer funds from MMA to DDA | 9999-000 | 1.60 | | 40,042.63 |
| 05/10/10 | 101 | Richard J. Mason, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/10/2010 FOR CASE #07-24244, Blanket Bond #016026455 | 2300-000 | | 34.39 | 40,008.24 |
| 06/03/10 | | Wire out to BNYM account 9200******0466 | Wire out to BNYM account 9200******0466 | 9999-000 | -39,973.85 | | 34.39 |
| 06/18/10 | | Wire out to BNYM account 9200******0466 | Wire out to BNYM account 9200******0466 | 9999-000 | -34.39 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 34.39 | 34.39 | $0.00 |
| | | | Less: Bank Transfers | | -1,930.61 | 0.00 | |
| | | | **Subtotal** | | 1,965.00 | 34.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,965.00** | **$34.39** | |

{} Asset reference(s)

Printed: 01/25/2011 09:45 AM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-24244 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ILLINOIS PAINTING & DECORATING, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***9934 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/25/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | 9999-000 | 39,973.85 | | 39,973.85 |
| 06/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | 9999-000 | 34.39 | | 40,008.24 |
| 12/02/10 | 10102 | Illinois Department of Revenue | 2007 and 2009 Income Tax | 2820-000 | | 637.21 | 39,371.03 |
| | | | ACCOUNT TOTALS | | 40,008.24 | 637.21 | $39,371.03 |
| | | | Less: Bank Transfers | | 40,008.24 | 0.00 | |
| | | | Subtotal | | 0.00 | 637.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $637.21 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****04-65 | 38,108.34 | 30.71 | 0.00 |
| Checking # ***-*****04-66 | 1,965.00 | 34.39 | 0.00 |
| Checking # 9200-******04-66 | 0.00 | 637.21 | 39,371.03 |
| | $40,073.34 | $702.31 | $39,371.03 |

{} Asset reference(s)

Printed: 01/25/2011 09:45 AM    V.12.54

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-24244
Case Name: ILLINOIS PAINTING & DECORATING, INC
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 39,371.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,371.03

UST Form 101-7-TFR (10/1/2010)

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard J. Mason | 4,757.33 | 0.00 | 4,757.33 |
| Attorney for Trustee, Fees - Dimonte & Lizak, LLC | 14,425.00 | 0.00 | 14,425.00 |
| Accountant for Trustee, Fees - Abrams & Steinberg, PC | 2,419.50 | 0.00 | 2,419.50 |
| Accountant for Trustee, Expenses - Abrams & Steinberg, PC | 50.00 | 0.00 | 50.00 |

Total to be paid for chapter 7 administration expenses: $ 21,651.83
Remaining balance: $ 17,719.20

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $77.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Illinois Department of Revenue | 77.28 | 0.00 | 77.28 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 77.28 |
| Remaining balance: | $ 17,641.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 83,000.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd Company | 346.83 | 0.00 | 73.72 |
| 2 | Chase Bank | 11,277.47 | 0.00 | 2,397.04 |
| 3 | Chase Bank | 11,208.61 | 0.00 | 2,382.41 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 36,492.10 | 0.00 | 7,756.45 |
| 6 -2 | Charles E. Anderson O.B.O. PDC 30 Union and Funds | 2,242.36 | 0.00 | 476.62 |
| 7 | Capital One Bank | 19,271.61 | 0.00 | 4,096.21 |
| 8 | West Bend Mutual Insurance | 2,125.08 | 0.00 | 451.69 |
| 9 | Illinois Department of Revenue | 36.60 | 0.00 | 7.78 |

Total to be paid for timely general unsecured claims:   $   17,641.92
Remaining balance:   $   0.00

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**