IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ILLINOIS PAINTING & DECORATING, INC. | ) | |
| | ) | Case No. 07-24244 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |

**FIRST AND FINAL APPLICATION TO THE COURT
OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL FOR THE TRUSTEE**

DiMonte & Lizak, LLC ("D&L"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final compensation in the amount of $14,425.50 and reimbursement of expenses of $0.00. In support thereof, D&L respectfully states as follows:

## I. NARRATIVE SUMMARY

1.  On or about December 26, 2007, Illinois Paint & Decorating, Inc. ("Debtor") filed a voluntary Chapter 7 petition.

2.  Richard J. Mason is the duly appointed and acting Trustee of the estate of the Debtor.

3.  For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

    (a)  Previous requests, if any, for fees and expenses herein;
    (b)  Previous awards, if any, of fees and expenses herein;
    (c)  Disclosures related to professionals and para-professionals who have worked on this case;

1

(d)  Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)  Disclosures regarding the financial condition of this estate ("Estate").

4.  The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

| Alan L. Stefaniak (Equity Partner) | $325.00 |
| Ira P. Goldberg (Developmental Partner) | $310.00 |
| Derek D. Samz (Associate) | $200.00 |

## II. CASE STATUS

5.  Professionals have been retained. The attorneys are Ira P. Goldberg and Di Monte & Lizak, LLC as legal counsel for the Trustee. To date approximately $40,000.00 in funds have been recovered.

## III. PROJECT SUMMARIES

6.  For the time period covered by this application D&L provided a wide variety of legal services to the Trustee. The services which were performed by D&L during such time period are categorized and described in detail on an itemized statement attached hereto and made part of as Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who worked on that matter, of the total number of hours (with dollar value) spent on that matter. The following is a statistical overview of the services performed by D&L for which it seeks compensation which includes the approximate hours expended by D&L for which it seeks compensation, the approximate value of those services and the amount of fees previously received by D&L:

| Name of Services | Approximate | Value | Previous Hours (N/A) | Fees Previously Received (N/A) |
|---|---|---|---|---|
| 1. Case Administration | 5.45 hrs | $ 1,662.00 | N/A | N/A |

2

| 2. Creditors & Claims; | 3.20 hrs | $ 992.00 | N/A | N/A |
| --- | --- | --- | --- | --- |
| 3. Discovery & Investigation | 35.20 hrs | $ 9,291.50 | N/A | N/A |
| 4. Closing of Case | 8.0 hrs | $ 2,480.00 | N/A | N/A |
| **TOTAL** | **51.85 hrs** | **$14,425.50** | **N/A** | **N/A** |

7. The following is a factual summary of the services provided and in certain cases the results achieved from on or about August 6, 2007 through the anticipated closing of this case:

(a) **Case Administration:** D&L expended 5.45 hours of time related to this category. The work in this category includes, but is not limited to, preparing and appearing on motions to retain counsel and accountant, and corresponding with the Trustee and his paralegal about the status of the case. Detailed time entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

(b) **Creditors and Claims:** D&L expended 3.2 hours of time related to this category of work. The work in this category includes, but is not limited to, reviewing claims filed on ECF, and corresponding with Trustee and his paralegal to set a bar date for Claims. Detailed time entries related to the compensation sought for Creditors and Claims are contained in Exhibit **B**.

(c) **Discovery and Investigation:** D&L expended 35.2 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating and reviewing the file online to determine which potential assets warranted future inquiries; determining that the only potential assets of value in this case were accounts receivables and a bank deposit; discussing the same with the Trustee; oversight in collections of various receivables; and determining that one of the Debtor's receivables was uncollectible based upon National Construction Services filing an assignment for the benefit of creditors. Detailed time entries related to the compensation sought for Discovery and Investigations are contained in Exhibit **B**.

3

(d) **Closing of Case:** D&L has partially expended and anticipates expending at least 8.00 hours of time related to this category of work. The work in this category involves and is anticipated to primarily involve the following: 1) preparation and presentation of fee applications; 2) discussions with the Trustee and parties in interest related to the closing of this case, 3) anticipated claims work and 4) appearances in court related to the closing of this case[1]. Detailed time entries related to the compensation sought for Closing of Case are contained in Exhibit **B**.

8. All of the services referred to hereinabove were reasonably necessary to be performed in order that:

(a) The interest of the estate and its creditors be adequately represented and defended; and

(b) To maximize the recovery to this estate and its creditors.

### IV. COMPUTATION OF COMPENSATION

9. The services performed from January 24, 2008 through the anticipated closing of this case required and are anticipated to require a total time expenditure of over 51.85 hours on the part of the principals, associates and legal assistants of D&L. The services which D&L is seeking compensation are set forth with particularity at Exhibit **B.** Based on the nature, the extent and value the services for which D&L is seeking compensation, the time spent on such services and cost of comparable services other than those in the case under this title, such services have a value of at least $14,425.50.

### V. EXPENSES

10. In addition, D&L incurred certain reasonable necessary additional expenses during

---

[1] D&L estimates it has or will expend over 8.0 hours of time related to this category of work, including work on fee petitions.

4

its representation of the Trustee in the amount of $0.00 (a file set up fee of $25.00 has been written off). Moreover, as an additional overview for the court, D&L provides the following information respecting the method it uses to record and charge various types of expenses:.

(a) **Telecopier Transmittals**: D&L does not charge for telecopier transmittals unless they are extraordinary.

(b) **Delivery Services:** Any persons wishing to engage either local messenger or overnight services must fill out a delivery service slip, which requires the inclusion of client and matter numbers. These slips are then sent to the D&L accounting department, where the data is entered by client and matter number into the D&L computer. D&L's delivery charges are for actual out-of-pocket expenses only.

(c) **Photocopying**: Photocopying may be accomplished in one of two ways at D&L: There are photocopying machines, controlled by computer key pads on every floor. Small copying jobs are not charged. For larger jobs, the person wishing to make copies bills it to the client and matter number to which the job must be charged. Very large copying jobs are usually sent to an outside copy service. D&L traditionally charges 0.20¢ per page for photocopying and if that fee is not fully paid it is typically charged to the originating attorney. D&L has not charged for any photocopies in this matter.

(d) **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

## VI. CERTIFICATION

11. D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses. D&L also certifies that the Trustee has approved this application.

## VII. SERVICE

12. This matter will be noticed for hearing along with the final report.

**WHEREFORE**, D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

(a) Granting a first and final allowance of D&L respecting services first requested in this Application in the amount of $14,425.50 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $0.00 (collectively, the "Allowance").

(b) Authorizing and directing the Trustee to pay the Allowance; and

(c) Granting such other and further relief as this Court deems just and equitable.

Dated: June 5, 2009.

Respectfully Submitted,

DiMonte & Lizak, LLC

By: /s/ Ira P. Goldberg
Ira P. Goldberg, One of its agents

Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com

6