# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: ILLINOIS PAINTING & DECORATING, INC | § | Case No. 07-24244 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/08/2011 in Courtroom 642, United States Courthouse, 219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/25/2011        By:   /s/ Richard J. Mason
                                                       Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: ILLINOIS PAINTING & DECORATING, INC | § | Case No. 07-24244 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 40,073.34 |
| *and approved disbursements of* | $ | 702.31 |
| *leaving a balance on hand of* [1] | $ | 39,371.03 |
| **Balance on hand:** | $ | 39,371.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 39,371.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee, Fees - Richard J. Mason | 4,757.33 | 0.00 | 4,757.33 |
| Attorney for Trustee, Fees - Dimonte & Lizak, LLC | 14,425.00 | 0.00 | 14,425.00 |
| Accountant for Trustee, Fees - Abrams & Steinberg, PC | 2,419.50 | 0.00 | 2,419.50 |
| Accountant for Trustee, Expenses - Abrams & Steinberg, PC | 50.00 | 0.00 | 50.00 |

Total to be paid for chapter 7 administration expenses: $ 21,651.83
Remaining balance: $ 17,719.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $77.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Illinois Department of Revenue | 77.28 | 0.00 | 77.28 |

Total to be paid for priority claims: $ 77.28
Remaining balance: $ 17,641.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,000.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | ComEd Company | 346.83 | 0.00 | 73.72 |
| --- | --- | --- | --- | --- |
| 2 | Chase Bank | 11,277.47 | 0.00 | 2,397.04 |
| 3 | Chase Bank | 11,208.61 | 0.00 | 2,382.41 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 36,492.10 | 0.00 | 7,756.45 |
| 6 -2 | Charles E. Anderson O.B.O. PDC 30 Union and Funds | 2,242.36 | 0.00 | 476.62 |
| 7 | Capital One Bank | 19,271.61 | 0.00 | 4,096.21 |
| 8 | West Bend Mutual Insurance | 2,125.08 | 0.00 | 451.69 |
| 9 | Illinois Department of Revenue | 36.60 | 0.00 | 7.78 |

Total to be paid for timely general unsecured claims:  $  17,641.92
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| N/A | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:                        $    0.00

Prepared By: /s/RICHARD J. MASON
                    Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mrahmoun              Page 1 of 2             Date Rcvd: Jan 26, 2011
Case: 07-24244                 Form ID: pdf006             Total Noticed: 70

The following entities were noticed by first class mail on Jan 28, 2011.
db          +Illinois Painting & Decorating, Inc.,    1615 N. 25th Street, Unit C,
              Melrose Park, IL 60160-1836
aty         +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty         +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1522,
              Chicago, IL 60604-3761
tr          +Richard J Mason,    McGuire Woods LLP,    77 West Wacker Drive,    Suite 4100,
              Chicago, IL 60601-1818
11835693    +ARC Disposal,    2101 South Busse Road,    Mount Prospect, IL 60056-5566
11835695     AT&T,    P.O. Box 8212,    Aurora, IL 60572-8212
11835696     AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
11835692    +Alliant Law Group, LLP,    97 E. Brokaw Road,    Suite 240,    San Jose, CA 95112-4209
11835694     Arc Disposal Company,    PO Box 9001822,    Louisville, KY 40290-1822
11835697     Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
11835698    +Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
11835713    +CST Co.,    PO Box 33127,    Louisville, KY 40232-3127
11835699    +Capital One Bank,    Blitt and Gaines PC,    661 Glenn Avenue,    Wheeling IL 60090-6017
11835702     Capital One, F.S.B.,    PO Box 60024,    City Of Industry, CA 91716-0024
13551855    +Charles E. Anderson O.B.O. PDC 30 Union and Funds,    C/O Garrett Hohimer, Jacobs Burns, et. a,
              122 S. Michigan Ave., Ste 1720,    Chicago, IL 60603-6145
11835706     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11835703     Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11835704     Chase,    Cardmember Services,    PO Box15153,    Wilmington, DE 19886-5153
11835705     Chase,    P.O. Box 15548,    Wilmington, DE 19886-5548
12963214    +Chase Bank,    P.O. Box 15145,    Wilmington, DE 19850-5145
11835708     Citi Cards,    P.O. Box 183019,    Columbus, OH 43218-3019
11835707    +Citi Cards,    P.O. 9152,    Des Moines, IA 50306-9152
11835710     Citibusiness,    P.O. Box 44180,    Jacksonville, FL 32231-4180
11835709     Citibusiness,    PO Box 688908,    Des Moines, IA 50368-8908
11835711     Coface Collections No America, Inc.,    P.O. Box 8510,    Metairie, LA 70011-8510
11835714    +Epco Paint,    2538 Green Bay Road,    Evanston, IL 60201-2200
11835715     FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
11835716     FedEx Corporation,    PO Box 332,    Memphis, TN 38194-4741
11835717    +Frederick J. Hanna & Associates, PC,    1655 Enterprise Way,    Marietta, GA 30067-9209
11835719    +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
11835718    +Galla & Associates,    2035 South Arlington Hts Road,    Suite 120,
              Arlington Heights, IL 60005-4522
16386804   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    100 W. Randolph Street,    Level 7,
              Chicago, IL 60601)
11835720    +Jacobs, Burns, Orlove, Stanton, Her,    122 South Michigan Avenue,    Suite 1720,
              Chicago, IL 60603-6145
11835722    +Joseph Mann & Creed,    PO Box 22253,    Beachwood, OH 44122-0253
11835724    +Master Coating Tech,    P.O. Box 1575, #141,    Minneapolis, MN 55480-1575
11835725    +Master Coating Technologies,    2777 Eagandale Blvd,    Eagan, MN 55121-1212
11835726    +Matthews, Pierce & Lloyd,    830 Walker Road,    Suite 12,    Dover, DE 19904-2748
11835728    +Michael  Kallas,    105 N. Marilyn,    Northlake, IL 60164-2236
11835727    +Michael Kallas,    105 North Marilyn Street,    Northlake, IL 60164-2236
11835730    +Mitchell Ruchim,    Mitchell B. Ruchim & Associates,    3000 Dundee Rd., Suite 415,
              Northbrook, IL 60062-2436
11835731    +Morter Coating Tech.,    #141,    PO Box 1575,    Minneapolis, MN 55480-1575
11835732     Muraspec, N.A.,    P.O. Box 845755,    Boston, MA 02284-5755
11835737     OMNOVA Solutions,    175 Ghent Road,    Fairlawn, OH 44333-3300
11835738     P.P.G Architectural Finishes,    PO Box 536864,    Atlanta, GA 30353-6864
11835739    +Painter’s District Council,    1905 Sequoia Dr,    Suite 203,    Aurora, IL 60506-1089
11835740    +Painter’s District Council,    P.O. Box 513,    Aurora, IL 60507-0513
11835741    +Prime Meridian Insurance Group,    2700 International Drive,    West Chicago, IL 60185-1670
11835743    +RMS,    240 Emery Street,    P.O. Box 20410,    Lehigh Valley, PA 18002-0410
11835742     Randall Industries, Inc.,    741 S. Rte.   83,    Elmhurst, IL 60126-4228
11835745     Shell Fleet Co.,    Processing Center,    PO Box 183019,    Columbus, OH 43218-3019
11835746     Shell Fleet Co.,    PO Box 689081,    Des Moines, IA 50368-9081
11835748     Sprint,    PO Box 4181,    Carol Stream, IL 60197-4181
11835747     Sprint,    P.O. Box 1819,    Chicago, IL 60675-1819
11835749     Stein & Rotman,    105 West Madison Street, #600,    Chicago, IL 60602-4672
11835755    +TSYS Total Debt,    PO Box 6700,    Norcross, GA 30091-6700
11835751    +Teller, Levit & Silvertrust, P.C.,    11 East Adams Street,    Chicago, IL 60603-6369
11835752    +Thybony Wallcovering & Fabrics,    3720 North Kedzie Avenue,    Chicago, IL 60618-4543
11835754    +Trustees, Chicago Painters Pension,    c/o Arnold & Kadjan,    19 West Jackson Street,
              Chicago, IL 60604-3926
11835753     Trustees, Chicago Painters Pension,    3813 Ill Avenue, Suite 101,    Saint Charles, IL 60174
11835757     United Recovery Systems, LP,    8500 North Concourse Drive,    Houston, TX 77072-1613
11835759     West Bend Mutual Insurance,    NW 5131-09 - P.O. Box 1450,    Minneapolis, MN 55485-1450
11835758    +West Bend Mutual Insurance,    1900 South 18th Avenue,    West Bend, WI 53095-9791

The following entities were noticed by electronic transmission on Jan 27, 2011.
13536129     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2011 05:10:41
              AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA CARD SERVICES, NA/BANK OF AMERICA,    PO Box 248809,
              Oklahoma City, OK  73124-8809
11835712     E-mail/Text: legalcollections@comed.com                                   ComEd,
              Attn: Bankruptcy Department,    Bill Payment Center,    Chicago, IL 60668-0001
11893649    +E-mail/Text: legalcollections@comed.com                                   ComEd Company,
              Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
```

```
District/off: 0752-1              User: mrahmoun             Page 2 of 2               Date Rcvd: Jan 26, 2011
Case: 07-24244                    Form ID: pdf006            Total Noticed: 70


The following entities were noticed by electronic transmission (continued)
13521310       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2011 05:10:41
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK   73124-8809
11835721       E-mail/Text: info@jawpc.net                            James A. West, PC,    11111 Harwin Drive,
                Houston, TX 77072-1612
11835733       E-mail/Text: bankrup@nicor.com                         Nicor Gas,   PO Box 310,
                Aurora, IL 60507-0310
11835734       E-mail/Text: bankrup@nicor.com                         Nicor Gas,   P.O. Box 2020,
                Aurora, IL 60507-2020
11835756       E-mail/Text: bnc@ursi.com                              United Recovery System, LP,    PO Box 722929,
                Houston, TX 77272-2929
                                                                                                  TOTAL: 8


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11835744      Sanitas Wallcovering
aty*         +Richard J Mason,   McGuire Woods, LLP,    77 West Wacker Drive  Suite 4100,
               Chicago, IL 60601-1818
11835701*     Capital One, F.S.B.,   P.O. Box 60067,   City of Industry, CA 91716-0067
11835729*    +Michael Kallas,   105 N. Marilyn,   Northlake, IL 60164-2236
11835700     ##Capital One, F.S.B.,   PO Box  60067,   City Of Industry, CA 91716-0067
11835723     ##+M.A. Bruder & Sons Inc.,   600 Reed Road,   Broomall, PA 19008-3505
11835735     ##+North Shore Agency, Inc.,   751 Summa Avenue,   Westbury, NY 11590-5010
11835736     ##+OBA Midwest Ltd.,   1000 Burr Ridge Pkwy, Suite 200,   Burr Ridge, IL 60527-0845
11835750     ##+Surface Protection,   3360 East Pico Boulevard,   Los Angeles, CA 90023-3729
                                                                                 TOTALS: 1, * 3, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2011**                    **Signature:**   _Joseph Speetjens_