**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: ILLINOIS PAINTING & DECORATING, INC    §    Case No. 07-24244
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $116,765.80 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $17,719.20 | Claims Discharged Without Payment: $65,358.74 |
| Total Expenses of Administration: $22,354.14 | |

3) Total gross receipts of $ 40,073.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,073.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,354.14 | 22,354.14 | 22,354.14 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 77.28 | 77.28 | 77.28 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 121,736.00 | 83,000.66 | 17,641.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $144,167.42 | $105,432.08 | $40,073.34 |

4) This case was originally filed under Chapter 7 on December 26, 2007. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2011          By: /s/RICHARD J. MASON
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Itasca Bank and Trust checking #103201001 | 1129-000 | 3,820.05 |
| miscellaneous accounts receivable | 1121-000 | 33,292.90 |
| ComEd Refund | 1129-000 | 648.35 |
| James Hunt Construction Co. | 1223-000 | 510.00 |
| Riis Borg Construction Co. | 1221-000 | 1,243.00 |
| TAX REFUNDS | 1224-000 | 1.29 |
| State of Illinois - Dept. of Employment Security | 1224-000 | 498.51 |
| Interest Income | 1270-000 | 59.24 |
| **TOTAL GROSS RECEIPTS** | | **$40,073.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard J. Mason | 2100-000 | N/A | 4,757.33 | 4,757.33 | 4,757.33 |
| Dimonte & Lizak, LLC | 3210-000 | N/A | 14,425.00 | 14,425.00 | 14,425.00 |
| Abrams & Steinberg, PC | 3410-000 | N/A | 2,419.50 | 2,419.50 | 2,419.50 |
| Abrams & Steinberg, PC | 3420-000 | N/A | 50.00 | 50.00 | 50.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 30.71 | 30.71 | 30.71 |
| Richard J. Mason, Trustee | 2300-000 | N/A | 34.39 | 34.39 | 34.39 |
| Illinois Department of Revenue | 2820-000 | N/A | 637.21 | 637.21 | 637.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,354.14 | 22,354.14 | 22,354.14 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Illinois Department of Revenue | 5800-000 | N/A | 77.28 | 77.28 | 77.28 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 77.28 | 77.28 | 77.28 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd Company | 7100-000 | N/A | 346.83 | 346.83 | 73.72 |
| 2 | Chase Bank | 7100-000 | N/A | 11,277.47 | 11,277.47 | 2,397.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank | 7100-000 | N/A | 11,208.61 | 11,208.61 | 2,382.41 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 36,492.10 | 36,492.10 | 7,756.45 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 36,492.98 | 0.00 | 0.00 |
| 6 | Charles E. Anderson O.B.O. PDC 30 Union and Funds | 7100-000 | N/A | 2,242.36 | 0.00 | 0.00 |
| 6 -2 | Charles E. Anderson O.B.O. PDC 30 Union and Funds | 7100-000 | N/A | 2,242.36 | 2,242.36 | 476.62 |
| 7 | Capital One Bank | 7100-000 | N/A | 19,271.61 | 19,271.61 | 4,096.21 |
| 8 | West Bend Mutual Insurance | 7100-000 | N/A | 2,125.08 | 2,125.08 | 451.69 |
| 9 | Illinois Department of Revenue | 7100-000 | N/A | 36.60 | 36.60 | 7.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 121,736.00 | 83,000.66 | 17,641.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-24244  
**Case Name:** ILLINOIS PAINTING & DECORATING, INC  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/26/07 (f)  
**§341(a) Meeting Date:** 01/23/08  

**Period Ending:** 09/12/11  

**Claims Bar Date:** 02/23/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Itasca Bank and Trust checking #103201001 | 3,856.77 | 3,856.77 | DA | 3,820.05 | FA |
| 2 | security deposit with landlord | 2,600.00 | 2,600.00 | DA | 0.00 | FA |
| 3 | one small refrigerator | 75.00 | 75.00 | DA | 0.00 | FA |
| 4 | miscellaneous small hand tools (1 grinder, 1 dri | 90.00 | 90.00 | DA | 0.00 | FA |
| 5 | 1 desk | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | one drop cloth/runners | 225.00 | 225.00 | DA | 0.00 | FA |
| 7 | miscellaneous accounts receivable | 62,139.03 | 62,139.03 | DA | 33,292.90 | FA |
| 8 | Claim against VCI Construction | 7,700.00 | 7,700.00 | DA | 0.00 | FA |
| 9 | Claim against Interiors, Etc. and National Const | 27,000.00 | 27,000.00 | DA | 0.00 | FA |
| 10 | Judgment against Frank Policicchio | 9,600.00 | 9,600.00 | DA | 0.00 | FA |
| 11 | 1 small table, 4 file cabinets, 2 computers, 1 f | 1,325.00 | 1,325.00 | DA | 0.00 | FA |
| 12 | 2 Bakers | 400.00 | 400.00 | DA | 0.00 | FA |
| 13 | 5 ladders | 255.00 | 255.00 | DA | 0.00 | FA |
| 14 | 3 roll and folds | 300.00 | 300.00 | DA | 0.00 | FA |
| 15 | 2 pumps - small | 800.00 | 800.00 | DA | 0.00 | FA |
| 16 | 1 drywall cart | 300.00 | 300.00 | DA | 0.00 | FA |
| 17 | ComEd Refund | 0.00 | 0.00 | DA | 648.35 | FA |
| 18 | James Hunt Construction Co. (u) | Unknown | N/A | DA | 510.00 | FA |
| 19 | Riis Borg Construction Co. (u) | 0.00 | 0.00 | DA | 1,243.00 | FA |
| 20 | TAX REFUNDS (u) | 0.00 | 0.00 | DA | 1.29 | FA |
| 21 | State of Illinois - Dept. of Employment Security (u) | Unknown | Unknown | DA | 498.51 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 59.24 | Unknown |
| 22 | Assets    Totals (Excluding unknown values) | $116,765.80 | $116,765.80 | | $40,073.34 | $0.00 |

**Major Activities Affecting Case Closing:**

Major Activity Affecting Case Closing

Printed: 09/12/2011 04:59 PM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-24244  
**Case Name:** ILLINOIS PAINTING & DECORATING, INC

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 12/26/07 (f)  
**§341(a) Meeting Date:** 01/23/08  

**Period Ending:** 09/12/11

**Claims Bar Date:** 02/23/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009      **Current Projected Date Of Final Report (TFR):**   January 25, 2011

Case 07-24244    Doc 36    Filed 09/12/11    Entered 09/12/11 17:23:48    Desc Main
           Document      Page 8 of 12

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 07-24244 | | **Trustee:** | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ILLINOIS PAINTING & DECORATING, INC | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****04-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9934 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/12/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/10/08 | {7} | CarMax, Inc. #7146 | | 1121-000 | 224.90 | | 224.90 |
| 01/10/08 | {7} | Reed Illinois Corporation | | 1121-000 | 4,365.00 | | 4,589.90 |
| 01/10/08 | {7} | Reed Illinois Corporation | | 1121-000 | 7,750.00 | | 12,339.90 |
| 01/10/08 | {20} | United States Treasury | | 1224-000 | 1.29 | | 12,341.19 |
| 01/10/08 | {21} | State of Illinois - Department of Employment  Security | | 1224-000 | 498.51 | | 12,839.70 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 3.21 | | 12,842.91 |
| 02/08/08 | {7} | Reed Illinois Corporation | Receivables | 1121-000 | 18,988.00 | | 31,830.91 |
| 02/08/08 | {17} | Commonwealth Edison Company | | 1129-000 | 648.35 | | 32,479.26 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 4.27 | | 32,483.53 |
| 03/06/08 | {1} | Itasca Bank & Trust Co. | Cashier's Check | 1129-000 | 3,820.05 | | 36,303.58 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 6.50 | | 36,310.08 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 5.06 | | 36,315.14 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.54 | | 36,319.68 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.61 | | 36,324.29 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.61 | | 36,328.90 |
| 08/13/08 | {18} | James Hunt | | 1223-000 | 510.00 | | 36,838.90 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.35 | | 36,843.25 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.83 | | 36,848.08 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 4.01 | | 36,852.09 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 2.89 | | 36,854.98 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.61 | | 36,857.59 |
| 01/28/09 | {19} | Riis Borg Construction Co. | Final Payment | 1221-000 | 1,075.00 | | 37,932.59 |
| 01/28/09 | {19} | Riis Borg Construction Co. | Final Payment | 1221-000 | 168.00 | | 38,100.59 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.50 | | 38,102.09 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.45 | | 38,103.54 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.65 | | 38,105.19 |
| 04/20/09 | 1001 | International Sureties, Ltd. | Bond #016026455 | 2300-000 | | 30.71 | 38,074.48 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.55 | | 38,076.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.50 | | 38,077.53 |
| 05/29/09 | | To Account #********0466 | Transfer from MMA to DDA | 9999-000 | | 38,076.03 | 1.50 |
| 06/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.10 | | 1.60 |
| 06/12/09 | | To Account #********0466 | Transfer funds from MMA to DDA | 9999-000 | | 1.60 | 0.00 |

Subtotals :          $38,108.34          $38,108.34

{} Asset reference(s)                                                                                                                      Printed: 09/12/2011 04:59 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 07-24244 | | **Trustee:** | RICHARD J. MASON (330470) |
| **Case Name:** | ILLINOIS PAINTING & DECORATING, INC | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****04-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9934 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/12/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 38,108.34 | 38,108.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 38,077.63 | |
| | | | **Subtotal** | | 38,108.34 | 30.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$38,108.34** | **$30.71** | |

{} Asset reference(s)

Printed: 09/12/2011 04:59 PM  V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-24244  
**Case Name:** ILLINOIS PAINTING & DECORATING, INC

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*04-66 - Checking Account

**Taxpayer ID #:** \*\*-\*\*\*9934  
**Period Ending:** 09/12/11

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/09 | | From Account #\*\*\*\*\*\*\*\*0465 | Transfer from MMA to DDA | 9999-000 | 38,076.03 | | 38,076.03 |
| 06/12/09 | {7} | JLJ Contracting, Inc. | Retention Previously Held | 1129-000 | 1,965.00 | | 40,041.03 |
| 06/12/09 | | From Account #\*\*\*\*\*\*\*\*0465 | Transfer funds from MMA to DDA | 9999-000 | 1.60 | | 40,042.63 |
| 05/10/10 | 101 | Richard J. Mason, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/10/2010 FOR CASE #07-24244, Blanket Bond #016026455 | 2300-000 | | 34.39 | 40,008.24 |
| 06/03/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*0466 | Wire out to BNYM account 9200\*\*\*\*\*\*0466 | 9999-000 | -39,973.85 | | 34.39 |
| 06/18/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*0466 | Wire out to BNYM account 9200\*\*\*\*\*\*0466 | 9999-000 | -34.39 | | 0.00 |
| | | | ACCOUNT TOTALS | | 34.39 | 34.39 | $0.00 |
| | | | Less: Bank Transfers | | -1,930.61 | 0.00 | |
| | | | Subtotal | | 1,965.00 | 34.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,965.00 | $34.39 | |

{} Asset reference(s)

Printed: 09/12/2011 04:59 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-24244  
**Case Name:** ILLINOIS PAINTING & DECORATING, INC  
**Taxpayer ID #:** **-***9934  
**Period Ending:** 09/12/11  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | 9999-000 | 39,973.85 | | 39,973.85 |
| 06/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | Wire in from JPMorgan Chase Bank, N.A. account ********0466 | 9999-000 | 34.39 | | 40,008.24 |
| 12/02/10 | 10102 | Illinois Department of Revenue | 2007 and 2009 Income Tax | 2820-000 | | 637.21 | 39,371.03 |
| 03/29/11 | 10103 | Richard J. Mason, Trustee | | 2100-000 | | 4,757.33 | 34,613.70 |
| 03/29/11 | 10104 | Dimonte & Lizak, LLC | | 3210-000 | | 14,425.00 | 20,188.70 |
| 03/29/11 | 10105 | Abrams & Steinberg, PC | | | | 2,469.50 | 17,719.20 |
| | | | | 2,419.50 | 3410-000 | | 17,719.20 |
| | | | | 50.00 | 3420-000 | | 17,719.20 |
| 03/30/11 | 10106 | ComEd Company | | 7100-000 | | 73.72 | 17,645.48 |
| 03/30/11 | 10107 | Chase Bank | Voided on 03/30/11 | 7100-000 | | 2,397.04 | 15,248.44 |
| 03/30/11 | 10107 | Chase Bank | Voided: check issued on 03/30/11 | 7100-000 | | -2,397.04 | 17,645.48 |
| 03/30/11 | 10108 | Chase Bank | | 7100-000 | | 2,382.41 | 15,263.07 |
| 03/30/11 | 10109 | FIA CARD SERVICES, NA/BANK OF AMERICA | | 7100-000 | | 7,756.45 | 7,506.62 |
| 03/30/11 | 10110 | Charles E. Anderson O.B.O. PDC 30 Union and Funds | | 7100-000 | | 476.62 | 7,030.00 |
| 03/30/11 | 10111 | Illinois Department of Revenue | Voided on 03/30/11 | 5800-000 | | 77.28 | 6,952.72 |
| 03/30/11 | 10111 | Illinois Department of Revenue | Voided: check issued on 03/30/11 | 5800-000 | | -77.28 | 7,030.00 |
| 03/30/11 | 10112 | Capital One Bank | | 7100-000 | | 4,096.21 | 2,933.79 |
| 03/30/11 | 10113 | West Bend Mutual Insurance | | 7100-000 | | 451.69 | 2,482.10 |
| 03/30/11 | 10114 | Illinois Department of Revenue | Voided on 03/30/11 | 7100-000 | | 7.78 | 2,474.32 |
| 03/30/11 | 10114 | Illinois Department of Revenue | Voided: check issued on 03/30/11 | 7100-000 | | -7.78 | 2,482.10 |
| 03/30/11 | 10115 | Chase Bank | | 7100-000 | | 2,397.04 | 85.06 |
| 03/30/11 | 10116 | Illinois Department of Revenue | Voided on 03/30/11 | 7100-000 | | ! 7.78 | 77.28 |
| 03/30/11 | 10116 | Illinois Department of Revenue | Voided: check issued on 03/30/11 | 7100-000 | | ! -7.78 | 85.06 |
| 03/30/11 | 10117 | Illinois Department of Revenue | | | | 85.06 | 0.00 |
| | | | | 77.28 | 5800-000 | | 0.00 |
| | | | | 7.78 | 7100-000 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **40,008.24** | **40,008.24** | **$0.00** |
| | | | Less: Bank Transfers | | 40,008.24 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **40,008.24** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$40,008.24** | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 09/12/2011 04:59 PM   V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 07-24244  
**Case Name:** ILLINOIS PAINTING & DECORATING, INC  

**Taxpayer ID #:** **-***9934  
**Period Ending:** 09/12/11

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****04-65 | 38,108.34 | 30.71 | 0.00 |
| Checking # ***-*****04-66 | 1,965.00 | 34.39 | 0.00 |
| Checking # 9200-******04-66 | 0.00 | 40,008.24 | 0.00 |
| | $40,073.34 | $40,073.34 | $0.00 |